**SO ORDERED.**

**SIGNED this 10 day of October, 2017.**

_____
**David M. Warren
United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

HELEN WALKER BAGLEY,                CASE NO. 17-01982-5-DMW
                                    CHAPTER 13
    DEBTOR

### ORDER ALLOWING DEBTOR'S OBJECTION TO CLAIM

Upon the Objection to Claim of the Debtor and there having been no responsive filing or objection within the time required, the Court finds that Court Claim #3 filed by the Internal Revenue Service in the amount of $720.67 should be reduced to $0.00.

IT IS ORDERED that said Court Claim #3, filed herein be, and hereby is reduced to $0.00.

End of Document